**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Jeremiah W. Maurice                                    **BK NO. 21-01674 HWV**
                                    **Debtor(s)**

                                                                   **Chapter 13**


### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. and index same on the master mailing list.


            Respectfully submitted,


/s/ **Brian C. Nicholas**

Brian Nicholas
04 Aug 2021, 15:08:52, EDT


      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322