United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jeremiah W Maurice  
    Debtor

Case No. 21-01674-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Sep 09, 2021      Form ID: ntcnfhrg      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremiah W Maurice, 806 Charlotte Way, Enola, PA 17025-1548 |
| aty | + | Leah M. Stump-Lesley, Harold Shepley & Associates, LLC, 3115 N. Front Street, Harrisburg, PA 17110-1310 |
| 5427674 | + | Barclays Bank Delaware, Attn: Bankruptcy Department, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 5427680 | + | FNB Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 5431747 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5428813 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 5432859 | + | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5427685 | + | Sheetz, Attn: Bankruptcy, PO Box 2557, Omaha, NE 68103-2557 |
| 5427689 | + | Wells Fargo Auto Finance, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 5429828 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 09 2021 18:55:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5427677 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2021 18:55:06 | CBNA, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 5427675 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 09 2021 18:55:05 | Capital One Bank, Attn: Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5429813 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 09 2021 18:55:10 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5427676 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 09 2021 18:55:05 | Capital One Bank USA, ATTN: Bankrutpcy Dept., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 5427679 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2021 18:55:08 | Credit One Bank, Attn: Bankruptcy, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5427681 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 09 2021 18:55:08 | JPMCB Card, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 5427682 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 09 2021 18:43:00 | PNC Bank, Attn: Bankruptcy Department, PO Box 94982: Mailstop BR-YB58-01-5, Cleveland, OH 44101 |
| 5434478 | | Email/Text: bnc-quantum@quantum3group.com | Sep 09 2021 18:43:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5427683 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 09 2021 18:43:00 | Quicken Loans, 1050 Woodward Avenue, Attn: Bankruptcy, Detroit, MI 48226-3573 |
| 5427684 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2021 18:55:08 | Sears/CBNA, P.O. Box 790034, Saint Louis, MO 63179-0034 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5427686 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 18:55:05 | Syncb/Amazon, P.O. Box 95060, Orlando, FL 32896-0001 |
| 5427687 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 18:55:05 | Syncb/Lowes, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5428206 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 18:55:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5427688 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2021 18:55:11 | THD/CBNA, Attn: Bankruptcy, P.O Box 790034, Saint Louis, MO 63179-0034 |
| 5427678 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2021 18:43:00 | comenity/bjsclub, attn: bankruptcy, P.O Box 18125, Columbus, OH 43218 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5431750 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Leah M Stump | on behalf of Attorney Leah M. Stump-Lesley lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 1 Jeremiah W Maurice lstump@shepleylaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Jeremiah W Maurice, | Chapter 13 |
| **Debtor 1** | Case No. 1:21−bk−01674−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 6, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 13, 2021 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 9, 2021 |

ntcnfhrg (08/21)