# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Jeremiah W. Maurice | Chapter 13 |
| Debtors. | Bankruptcy No.: 1:21-bk-01674 |

## CERTIFICATION OF SERVICE

I, Leah M. Stump-Lesley, certify that under penalty of perjury that I served the following documents, Order Confirming Amended Chapter 13 Plan on the parties listed below by either electronic notification or first-class mail postage prepaid:

Date: November 29, 2021　　　　　　　　　/s/ Leah M. Stump-Lesley, Esq.
　　　　　　　　　　　　　　　　　　　　Leah M. Stump-Lesley, Esq.
　　　　　　　　　　　　　　　　　　　　PA Bar ID No. 93211
　　　　　　　　　　　　　　　　　　　　Harold Shepley & Associates, LLC
　　　　　　　　　　　　　　　　　　　　3115 N. Front Street
　　　　　　　　　　　　　　　　　　　　Harrisburg, PA 17110
　　　　　　　　　　　　　　　　　　　　Phone: (717) 692-5533

[PARTIES SERVED]

Jack N. Zaharopoulos, Trustee (electronic)
8125 Adams Drive, Suite A
Hummelstown, PA 17110

Office of the United States Trustee (electronic)
228 Walnut Street, Suite 1190
Harrisburg, PA 17109

| | | |
|---|---|---|
| JEREMIAH W MAURICE<br>806 CHARLOTTE WAY<br>ENOLA, PA 17025 | FNB OMAHA<br>ATTN: BANKRUPTCY<br>PO BOX 3128<br>OMAHA, NE 68103 | SYNCB/AMAZON<br>P.O. BOX 95060<br>ORLANDO, FL 32896 |
| LEAH M. STUMP-LESLEY, ESQ.<br>HAROLD SHEPLEY & ASSOCIATES, LLC<br>209 WEST PATRIOT STREET<br>SOMERSET, PA 15501 | JPMCB CARD<br>C/O NATIONAL BANKRUPTCY SERVICES<br>PO BOX 9013<br>ADDISON, TX 75001 | SYNCB/LOWES<br>P.O. BOX 965060<br>ORLANDO, FL 32896 |
| BARCLAYS BANK DELAWARE<br>ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 8801<br>WILMINGTON, DE 19899 | JPMCB CARD<br>ATTN: BANKRUPTCY<br>PO BOX 15298<br>WILMINGTON, DE 19850 | THD/CBNA<br>ATTN: BANKRUPTCY<br>5800 S. CORPORATE PL<br>SIOUX FALLS, SD 57108-5027 |
| CAPITAL ONE BANK<br>ATTN: BANKRUPTCY DEPARTMENT<br>4515 N. SANTA FE AVENUE<br>OKLAHOMA CITY, OK 73118 | KML LAW GROUP<br>ATTN: BRIAN C. NICHOLAS<br>SUITE 5000 - BNY INDEPENDENCE CENTER<br>PHILADELPHIA, PA 19106 | WELLS FARGO AUTO FINANCE<br>ATTN: BANKRUPTCY<br>100 CORPORATE CENTER DRIV<br>RALEIGH, NC 27607 |
| CAPITAL ONE BANK<br>ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130 | PNC BANK<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 94982: MAILSTOP BR-YB58-01-5<br>CLEVELAND, OH 44101 | |
| CAPITAL ONE BANK USA<br>ATTN: BANKRUTPCY DEPT.<br>P.O. BOX 30281<br>SALT LAKE CITY, UT 84130 | PRA RECEIVABLES MANANGEMENT, LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | |
| CAPITAL ONE BANK USA NA<br>BY AGENT AMERICAN INFOSOURCE<br>4515 N. SANTA FE AVENUE<br>OKLAHOMA CITY, OK 73118 | QUANTUM3 GROUP LLC<br>AS AGENT FOR MOMA TRUST LLC<br>P.O. BOX 788<br>KIRKLAND, WA 98083-0788 | |
| CBNA<br>CITIBANK SD MC 425<br>5800 SOUTH CORP PLACE<br>SIOUX FALLS, SD 57108 | QUICKEN LOANS<br>1050 WOODWARD AVENUE<br>ATTN: BANKRUPTCY<br>DETROIT, MI 48226 | |
| COMENITY/BJSCLUB<br>ATTN: BANKRUPTCY<br>P.O BOX 18125<br>COLUMBUS, OH 43218 | SEARS/CBNA<br>P.O. BOX 790034<br>SAINT LOUIS, MO 63179 | |
| CREDIT ONE BANK<br>ATTN: BANKRUPTCY<br>P.O. BOX 98873<br>LAS VEGAS, NV 89193-8873 | SHEETZ<br>ATTN: BANKRUPTCY<br>PO BOX 2557<br>OMAHA, NE 68103 | |