# United States Bankruptcy Court

## Middle District of Pennsylvania (Harrisburg)

IN RE:  JEREMIAH W MAURICE         CASE NO.: 21-01674
                                   CHAPTER: 13

Debtors

**Change of address – Payment for Creditor**

As to Claim 4-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|

Old payment address
Wells Fargo Auto
PO Box 17900
Denver CO 80217-0900

New payment address
Wells Fargo Auto
PO Box 51963
Los Angeles CA 90051-6263

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

11/14/2025                         /s/Lisa Johnson
                                   Account Resolution Associate Manager
                                   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# Certificate of Service

Middle District of Pennsylvania (Harrisburg)

IN RE: JEREMIAH W MAURICE     CASE NO: 21-01674
CHAPTER: 13

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 11/14/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
Lisa Johnson
Account Resolution Associate Manager

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

11/14/2025             /s/Lisa Johnson
                                      Account Resolution Associate Manager
                                      Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:21-bk-01674-HWV    Doc 42    Filed 11/18/25    Entered 11/18/25 13:02:22    Desc
Main Document     Page 2 of 2