**Fill in this information to identify the case:**

Debtor 1 JEREMIAH W MAURICE

Debtor 2 ______________________
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE District of PA
(State)

Case number 21-01674

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** ROCKET MORTGAGE, LLC

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 6 3

**Property address:**

806 CHARLOTTE WAY
Number Street

ENOLA PA 17025
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: ______________ (web address).

## Part 3: Arrearages

| | | Amount |
|---|---|---|
| a. | Allowed amount of prepetition arrearage: | $ 88,575.70 |
| b. | Total amount of prepetition arrearage disbursed by the trustee: | $ 32.65 |
| c. | Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. | Total amount of arrearages disbursed by the trustee: | $ 32.65 |

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: ______________________________________________

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ __________

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ __________

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager
Signature

Date 8 / 26 / 2026

Trustee Jack N Zaharopoulos
First Name Middle Name Last Name

Address 8125 Adams Drive, Suite A
Number Street

Hummelstown PA 17036
City State ZIP Code

Contact phone (717) 566 – 6097

Email info@pamd13trustee.com

**DISBURSEMENT HISTORY**

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| **ROCKET MORTGAGE** | | **Claim Number 520** | | | |
| Jan 19, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RM 635 | 2008962 | 30.45 |
| Feb 16, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RM 635 | 2009925 | 2.19 |
| **TOTAL FOR ROCKET MORTGAGE** | | | | | **32.64** |
| | | | **DISBURSEMENT TOTAL** | | **32.64** |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | |
| JEREMIAH W MAURICE | : | |
| Debtor | : | |
| | : | |
| | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS, | : | |
| CHAPTER 13 TRUSTEE, | : | |
| Movant | : | |
| | : | |
| vs. | : | CASE NO. 1:21-BK-01674-HWV |
| | : | |
| JEREMIAH W MAURICE | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE**

AND NOW, this 26th day of August 2026, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

***VIA ELECTRONIC MAIL SERVICE ONLY***

Office of The United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

Rocket Mortgage, LLC fka Quicken Loans
635 Woodward Avenue
Detroit, MI 48226

Leah M. Stump, Esquire
Harold Shepley & Associates
3115 North Front St
Harrisburg PA 17110-1310

***VIA FIRST-CLASS U.S.P.S. MAIL ONLY***

Jeremiah W Maurice
806 Charlotte Way
Enola, PA 17025

Rocket Mortgage, LLC fka Quicken Loans
635 Woodward Avenue
Detroit, MI 48226

/s/ Donna Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee