**Fill in this information to identify the case:**

**Debtor 1** Jeremiah W Maurice

**Debtor 2 (Spouse, if filing)**

**United States Bankruptcy Court for the:** Middle **District of** Pennsylvania **(State)**

**Case number** 1:21-bk-01674-HWV

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of claim holder:** Rocket Mortgage, LLC

Court claim no. (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX6963

**Property address:** 806 Charlotte Way #806
Number Street

Enola, PA 17025-1548
City State ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $32.65.

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $________

☒ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $0.00

## Part 3: Postpetition Payment

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: ________

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 08/28/2026 |
| ii. | Date next postpetition payment from the debtor is due: | 10/01/2026 |
| iii. | Amount of the next postpetition payment that is due: | $794.97 |
| iv. | Unpaid principal balance of the loan: | $80,726.97 |
| v. | Additional amounts due for any deferred or accrued interest: | $19.35 |
| vi. | Balance of the escrow account: | $843.29 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $5.06 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $0.00 |

## Part 4: Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs, are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- All prepetition and postpetition payments received;
- The application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. Check the appropriate box.

☐ I am the creditor

☒ I am the claim holder's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ */s/Reka Beane* Date 09/23/2026
Signature

Name Reka Beane
First Name Middle Name Last Name

Title Authorized Agent for the Creditor

Company McCalla Raymer Leibert Pierce, LLP
**Identify the corporate servicer as the company if the authorized agent is a servicer.**

Address 1544 Old Alabama Road
Number Street

Roswell, GA 30076
City State Zip Code

Contact phone 954-332-9370 Email Reka.Beane@mccalla.com

**Please note that the information may not be current as of the response filing date. The Creditor may have required additional time to compile and verify the necessary data to prepare this response. Accordingly, the figures and representations provided herein may reflect the status of the account as of an earlier date and may not account for more recent activity.**

| | | | |
|---|---|---|---|
| In Re: | Jeremiah W Maurice | Bankruptcy Case No.: | 1:21-bk-01674-HWV |
| | | Chapter: | 13 |
| | | Chief Judge: | Henry W. Van Eck |

CERTIFICATE OF SERVICE

I, Reka Beane, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Trustee's Notice of Disbursements Made in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Jeremiah W Maurice
806 Charlotte Way
Enola, PA 17025

Leah M Stump, Esq. *(served via ECF Notification)*
Harold Shepley and Associates LLC
3115 N. Front Street
Harrisburg, PA 17110

Jack N Zaharopoulos, Trustee *(served via ECF Notification)*
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee *(served via ECF Notification)*
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 09/23/2026 (date) By: */s/Reka Beane*
Reka Beane
Authorized Agent for the Creditor

```
SRV229R-04                       ==================================================          9/03/26
CGOH1034                                 Payoff Quote Include/Omit Items                    14:33:53
                                 ==================================================           ADD
Loan Number                  PO Dt   9/03/26        Int Paid To       9/01/26
Inv#   GGB    Loan Type  01    Sub Code      01        Next Due Dt      10/01/26       Int Rate          4.375
Prin Bal         80,726.97              Per Diem Int                   9.68      Int Calcs          19.35
Optional Items to I-Include or O-Omit:                                          Plan Number        00002
O  Escrow Balance                      843.29            O  Total Late Charges                          .00
   Interest on Escrow                     .00            O  Total NSF Charges                           .00
I  Escrow Advance                         .00            O  Optional Ins Payment                        .00
I  Misc Suspense Bal                     5.06            O  Prepayment Penalty                          .00
I  Forbearance Bal                        .00            O  Mortgage Ins Premium                      55.89
O  Subsidy                                .00            O  Other Fees Due                              .00
O  Hazard Suspense Bal                    .00            O  Rebate Points Financed                  0000000
   Int on Hazard Loss                     .00            I  Deferred Principal                          .00
O  Inv. Advance                           .00            O  Recording Fee                     0000000000000
I  Corp Advance Bal                       .00            O  Quote fee                         0000000000000
O  Corp Expense Bal                  1,146.39-           O  Oth2   COUNTY RECORDING FEE      0000000007825
O  Default Int Due                        .00            O  Oth1   ANTICIPATED FEE           0000000000000  +
I  Deferred Int                           .00            O  MBS Liq Difference                       274.97
O  Prepaid Ins Rebate                     .00
O  Partial Claims                         .00
Accept Quote -_Y/N N                                                    PO Amt                    80,741.26

  F3=Exit   F5=Refresh   F6=New Loan#   F10=Fees   F16=Suspense    F24=More keys
```